HERBERT GLABMAN *v.* THE NORWALK DISTRIBUTION AND WAREHOUSING CORPORATION, INC., ET AL.

The plaintiff's motion dated March 4, 1977, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Howard C. Kaplan,* for the appellee (plaintiff).

*James J. Jowdy, Jr.,* for the appellants (defendants).

Argued June 7—decided June 7, 1977

THE CITY OF WATERBURY *v.* WATERBURY POLICE UNION, LOCAL 1237, ET AL.

The defendants' motion to dismiss the appeal from the Superior Court for the judicial district of Waterbury is denied.

*Charles L. Flynn,* for the appellees (defendants).

*John F. Phelan,* assistant corporation counsel, for the appellant (plaintiff).

Argued June 7—decided June 7, 1977

RAYMOND J. LANDRY *v.* ELEANOR S. LANDRY

The plaintiff's motion to dismiss the appeal from the Superior Court in Tolland County is granted.

*Omar H. Shepard, Jr.,* for the appellee (plaintiff).

No appearance for the appellant (defendant).